## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Sparkle Wallace and Jon Benedix, | Civil No. 10- 4352 (RHK/TNL) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Michael Wrobel, individually and in his professional capacity as a Brooklyn Park Police Officer; Adam Moen, individually and in his professional capacity as a Brooklyn Park Police Officer, and Officer(s) John Doe in his/their personal capacity as Brooklyn Park Police Officer(s) and in his/their professional capacity, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation (Doc. No. 32), **IT IS ORDERED** that all claims against Officer John Doe(s) in their individual capacities and official capacities are **DISMISSED WITH PREJUDICE** on their merits, without costs, disbursements or attorney's fees to any of the parties.

The Fourth Amendment unlawful seizure (false arrest) claims against Michael Wrobel and Adam Moen in their individual capacities and official capacities are **DISMISSED WITH PREJUDICE**, on their merits, without costs, disbursements or attorney's fees to any of the parties. The Fourth Amendment excessive force claims are the only claims that remain in this case.

Dated: November 1, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
