UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SPARKLE WALLACE and JON BENEDIX,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL WROBEL, individually and in his professional capacity as a Brooklyn Park Police Officer, ADAM MOEN, individually and in his professional capacity as a Brooklyn Park Police Officer, CITY OF BROOKLYN PARK, Minnesota,<br><br>Defendants. | Civ. No. 10-4352 (RHK/TNL)<br><br><br>**ORDER** |

Pursuant to the parties' stipulation (see Doc. No. 38), **IT IS ORDERED** that (1) all claims against Defendants Michael Wrobel and Adam Moen are **DISMISSED WITH PREJUDICE**, and (2) the caption in this matter is hereby amended to read as follows:

**SPARKLE WALLACE and JON BENEDIX,**

**Plaintiffs,**

**v.**

**CITY OF BROOKLYN PARK, Minnesota,**

**Defendant.**

Dated: January 13, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge