# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sparkle Wallace and Jon Benedix,             Civil No. 10-4352 (RHK/TNL)

           Plaintiffs,            **ORDER**

vs.

The City of Brooklyn Park,

           Defendant.

Pursuant to the parties' Stipulation (Doc. No. 42), **IT IS ORDERED** that the settlement of this action as set forth in the Release is approved and, as a result, the above-entitled action is **DISMISSED WITH PREJUDICE** on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 22, 2012

           s/Richard H. Kyle
           RICHARD H. KYLE
           United States District Judge